IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| MORAG BLACK POLASKI, *et al.*, | ) | |
| | ) | |
| Plaintiffs/Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERNIE LEE, in his official capacity as District Attorney for the 5th Prosecutorial District of the State of North Carolina; BENJAMIN R. DAVID, in his official capacity as District Attorney for the 6th Prosecutorial District of the State of North Carolina; NANCY LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina; ASHLIE SHANLEY, in her official capacity as District Attorney for the 25th Prosecutorial District of the State of North Carolina; SPENCER B. MERRIWEATHER III, in his official capacity as District Attorney for the 26th Prosecutorial District of the State of North Carolina; and A. TODD BROWN, in his official capacity as President of the North Carolina State Bar and Chair of the Executive Committee of the North Carolina State Bar, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 25-1038 |
| Defendants/Appellees. | ) | |

## CONSENT MOTION TO SUBSTITUTE PARTY

Defendant/Appellee A. Todd Brown, in his official capacity on behalf of the North Carolina State Bar (the "State Bar"), respectfully requests that the Court substitute the State Bar's current President, Matthew W. Smith, as the named official-capacity defendant for the State Bar in this matter, pursuant to Federal Rule of Appellate Procedure 43(c)(2). Plaintiffs/Appellants and the other Defendants/Appellees consent to this request. In support of this motion, the State Bar shows the Court the following:

1. The named official-capacity defendant, A. Todd Brown, served as President of the State Bar during the 2023-24 term. Recently, Mr. Brown's term as President ended, and he has been appointed as a Special Superior Court Judge serving on the North Carolina Business Court.

2. The new President of the State Bar and Chair of its Executive Committee is Matthew W. Smith. Mr. Smith is engaged in the private practice of law in Eden, North Carolina.

3. The district court entered an Order dismissing this case on 16 December 2024. (No. 7:24-CV-4 (E.D.N.C.), Dkt. 40.) Plaintiffs have appealed.

4. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), the substitution of a public officer who is a party to an appeal, as here, occurs automatically, and an order of substitution may be entered at any time. Accordingly,

it is appropriate to grant this motion and to update the appellate docket to reflect the substitution of Mr. Smith, in his official capacity, for Mr. Brown.

5. The undersigned has discussed this request with counsel for Plaintiffs/Appellants and counsel for the District Attorney Defendants/Appellees, and is authorized to report to the Court that all parties consent to the substitution.

**WHEREFORE**, Defendant/Appellee A. Todd Brown, in his official capacity, respectfully requests that the Court substitute and replace him with Matthew W. Smith, in his official capacity as President of the North Carolina State Bar and Chair of the Executive Committee of the North Carolina State Bar.

This the 14th day of January, 2025.

/s/ Stephen M. Russell, Jr.
Alan W. Duncan
N.C. State Bar No. 8736
Stephen M. Russell, Jr.
N.C. State Bar No. 35552
MULLINS DUNCAN HARRELL
 & RUSSELL PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@turningpointlit.com
srussell@turningpointlit.com

*Attorneys for Defendant/Appellee A. Todd Brown, in his official capacity and for substitute Defendant/Appellee Matthew W. Smith in his official capacity*

# **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document complies with the applicable length limitation in Appellate Rule 27(d)(2), as counted by word processing software, exclusive of any cover page, disclosure statement, table of contents, table of citations, signature block, certificates of counsel, and attachments.

This the 14th day of January, 2025.

/s/ Stephen M. Russell, Jr.
Stephen M. Russell, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record.

This the 14th day of January, 2025.

/s/ Stephen M. Russell, Jr.
Stephen M. Russell, Jr.
