# In the United States Court of Appeals for the Fourth Circuit

No. 25-1038

MORAG BLACK POLASKI, et al., Plaintiffs-Appellants,

*v.*

ERNIE LEE, in his official capacity as District Attorney for the 5th Prosecutorial District of the State of North Carolina, et al., Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of North Carolina,
Case No. 7:24-cv-00004-BO-BM
(Hon. Terrence W. Boyle)

**NOTICE REGARDING ABEYANCE OF APPEAL**

On February 3, 2025, this Court issued an order holding this appeal in abeyance pending the resolution of a petition for certiorari in *360 Virtual Drone Services LLC v. Ritter* (No. 24-279) and instructing counsel to notify this Court immediately upon issuance of a decision by the Supreme Court. Counsel gives notice that the Supreme Court denied certiorari in *360 Virtual Drones* in its orders list released this morning, April 20, 2026.

-1-

-2-

Dated: April 20, 2026

Vince Eisinger
North Carolina Bar No. 57646
CRANFILL SUMNER LLP
5420 Wade Park Blvd., Suite 300
Raleigh, NC 27607
Phone: (919) 863-8703
Fax: (919) 863-3459
Email: veisinger@cshlaw.com

Respectfully submitted,

/s/ Paul M. Sherman
Paul M. Sherman
Virginia Bar No. 73410
Christian W. Lansinger
Maryland Bar No. 2211290007
INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
Email:  psherman@ij.org
            clansinger@ij.org

*Attorneys for Plaintiffs-Appellants*