# In the United States Court of Appeals for the Fourth Circuit

No. 25-1038

MORAG BLACK POLASKI, et al., Plaintiffs-Appellants,

*v.*

ERNIE LEE, in his official capacity as District Attorney for the 5th Prosecutorial District of the State of North Carolina, et al., Defendants-Appellees.

On Appeal from the United States District Court for the Eastern District of North Carolina, Case No. 7:24-cv-00004-BO-BM (Hon. Terrence W. Boyle)

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME BY PLAINTIFFS-APPELLANTS

In accordance with Fed. R. App. 26(b) and Local Rule 31(c), Plaintiffs-Appellants respectfully move to extend the deadline for filing their opening brief and the joint appendix by 30 days, from June 1, 2026, to July 1, 2026.

-1-

1.    On February 3, 2025, this Court issued an order holding this appeal in abeyance pending the resolution of a petition for certiorari in *360 Virtual Drone Services LLC v. Ritter* (No. 24-279).

2.    On April 20, 2026, the same day that the Supreme Court denied certiorari in *360 Virtual Drones*, Plaintiffs-Appellants notified this Court.

3.    The next day, this Court issued a new briefing order, under which the Plaintiffs-Appellants' opening brief and the joint appendix are due on June 1, 2026.

4.    Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time to file "[f]or good cause," and Local Rule 31(c) contemplates briefing extensions in "extraordinary circumstances."

5.    Sufficient justification supports the 30-day extension requested here. Paul Sherman—lead counsel for Plaintiffs-Appellants— has several, previously-calendared briefing deadlines between now and June 1, 2026, including another federal appellate brief in the Fifth Circuit, a federal appellate reply in the Second Circuit, and a motion for summary judgment in the Northern District of Florida (following which,

Mr. Sherman must immediately begin briefing a response to defendants' cross-motion for summary judgment).

6. Given these obligations, Plaintiffs-Appellants respectfully request that this Court extend the time for filing their opening brief and the joint appendix in this case until July 1, 2026.

7. This is Plaintiffs-Appellants first request for an extension before this Court.

8. Oral argument has not yet been scheduled in this appeal and allowing an extension until July 1, 2026, will not prejudice any party or materially affect the Court's consideration of this appeal.

9. Counsel for Defendants-Appellees consents to this motion.

For the foregoing reasons, Plaintiffs-Appellants respectfully request this Court to extend the deadline for their opening brief and appendix until and including July 1, 2026.

Dated: May 5, 2026                          Respectfully submitted,

Vince Eisinger                              /s/ Paul M. Sherman
North Carolina Bar No. 57646                Paul M. Sherman
CRANFILL SUMNER LLP                         Virginia Bar No. 73410
5420 Wade Park Blvd., Suite 300             Christian W. Lansinger
Raleigh, NC 27607                           Maryland Bar No. 2211290007
Phone: (919) 863-8703                       INSTITUTE FOR JUSTICE

-4-

Fax: (919) 863-3459
Email: veisinger@cshlaw.com

901 North Glebe Rd., Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
Email:  psherman@ij.org
        clansinger@ij.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 330 words.

I hereby certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: May 5, 2026                    /s/ Paul M. Sherman
                                       Paul M. Sherman

                                       *Attorney for Plaintiffs-Appellants*