FILED:  July 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1038
(7:24-cv-00004-BO-BM)

_____

MORAG BLACK POLASKI; SHAWANA ALMENDAREZ; NORTH
CAROLINA JUSTICE FOR ALL PROJECT

        Plaintiffs - Appellants

v.

ERNIE LEE, in his official capacity as District Attorney for the 5th Prosecutorial
District of the State of North Carolina; NANCY LORRIN FREEMAN, in her
official capacity as District Attorney for the 10th Prosecutorial District of the State
of North Carolina; ASHLIE SHANLEY, in her official capacity as District
Attorney for the 25th Prosecutorial District of the State of North Carolina;
SPENCER B. MERRIWEATHER, III, in his official capacity as District Attorney
for the 26th Prosecutorial District of the State of North Carolina; MATTHEW W.
SMITH, in his official capacity as President of the North Carolina State Bar and
Chair of the Executive Committee of the North Carolina State Bar; JASON W.
SMITH, in his official capacity as District Attorney for the 6th Prosecutorial
District of the State of North Carolina

        Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/31/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk